(No. 1092—

W. F. BARTON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 11, 1928.*

B. L. KIRK, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Per Curiam: This cause coming on to be heard upon motion of claimant that the above entitled cause be dismissed, and it appearing that there is no reason why said cause should not be dismissed,

It is therefore considered by the court that said cause be, and the same is hereby dismissed.